UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 08-284 (1) (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| ANGELIKA SOPHIA TRAIFOROS, | |
| Defendant. | |

_____

Richard Newberry, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

Doug Olson, Assistant Federal Defender, **OFFICE OF THE FEDERAL DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

This matter is before the Court on the Defendant's request to file a document under seal. Based on all the records, files, and proceedings in this case, the Court finds that good cause exists to allow the request.

Accordingly, **IT IS HEREBY ORDERED** that the Defendant's request to seal document is **GRANTED**.

DATED: May 6, 2010
at Minneapolis, Minnesota
                                                          _____s/ John R. Tunheim_____
                                                              JOHN R. TUNHEIM
                                                   United States District Judge